Gerard Kaufman, Respondent, v. George F. Gantz, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of requiring plaintiff to serve an amended complaint wherein

he shall set forth what city ordinances it is claimed the defendant has violated or disregarded. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.